84

Submitted on briefs and record February 19, reversed and remanded April 21, 1999

STATE ex rel ANTHONY L. CURRY,
*Appellant,*

*v.*

Mitch MORROW,
Acting Superintendent,
Oregon State Penitentiary;
and Larry Daniels,
Records Manager,
Oregon Department of Corrections,
*Respondents.*

(98C-15866; CA A103574)

980 P2d 178

Anthony L. Curry, Salem, filed the briefs *pro se.*

John T. Bagg, Assistant Attorney General, filed the brief for respondents. With him on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Edmonds, Presiding Judge, and Deits, Chief Judge, and Armstrong, Judge.

PER CURIAM

## PER CURIAM

In this appeal from a judgment of the circuit court dismissing appellant's petition for a writ of mandamus, appellant alleges that defendants denied appellant credit for time served in a county jail facility to which he was entitled pursuant to ORS 137.320 and ORS 137.370(2)(a). ORS 34.105 *et seq.* Defendants respond that there is a more recent statement of confinement from the county in the record than that relied on by them in their motion before the trial court to dismiss appellant's petition, *i.e.*, a statement which the trial court did not consider. Therefore, defendants request that the matter be remanded to the trial court for reconsideration. We agree to their request.

Reversed and remanded.